MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE DEAL,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, dba MR. COOPER,<br><br>Defendant. | Case No.: 2:18-cv-000664<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Darlene Deal (**Deal**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Deal's complaint (ECF No. 1) filed on April 16, 2018 shall be continued from May 7, 2018 to June 6, 2018.

This is the first request for an extension of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to the Deal's complaint.

The parties submit this request in good faith without the purpose of undue delay.

/ / /

/ / /

/ / /

/ / /

/ / /

1

DATED this 8th day of May, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
| */s/ Thera A. Cooper* | */s/ David H. Krieger* |
| MELANIE D. MORGAN, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9086 |
| THERA A. COOPER, ESQ. | Nevada Bar No. 8804 |
| Nevada Bar No. 13468 | 8985 S. Eastern Avenue, Suite 350 |
| 1635 Village Center Circle, Ste. 200 | Henderson, Nevada 89123 |
| Las Vegas, Nevada 89134 | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |
| *Nationstar Mortgage LLC* | |

**ORDER**

IT IS SO ORDERED:

*/s/ George Foley Jr.*

**UNITED STATES MAGISTRATE JUDGE**

05-09-2018

**DATED**

2